V# 648637   # 128424

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

2010 APR 14  PM 3: 13

IN RE:                    *          CASE # 05-31465
                          *          CHAPTER 13
                          *
Burton, Sharon Fay
Debtor                    *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – the Trustee voided returned disbursement checks from the United States Postal Service, "marked return to sender/unable to forward".

2. The creditor did not update and submit a current address with the clerk's office. This case is scheduled to close as "paid in full".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 640315 | Capitol One Bank<br>P O Box 85167<br>Richmond, Va  23285 | 1.24 | 2/26/10 |

3. Your trustee's check # 648637   in the amount of $1.24   payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date:   3/31/10

_____
John P. Gustafson
Trustee in Bankruptcy